(No. 6000-

AMERICAN HOSPITAL SUPPLY, INC., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF CORRECTIONS, Respondent.

*Opinion filed August 30, 1971.*

GIFFIN, WINNING, LINDNER, NEWKIRK AND COHEN, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

249

PERLIN, C.J.